**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOANNE SANTIAGO,

            Plaintiff,

            -against-

NEW YORK UNIVERSITY LANGONE HOSPITALS,

            Defendants.

------------------------------------------------------------x

22-CV-10061 (PGG) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on March 8, 2023.

Pursuant to instructions given on the record at the conference, the parties shall file a joint status letter within two weeks of the conclusion of their scheduled mediation.

      **SO ORDERED.**

Dated: March 8, 2023
      New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge