```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOANNE SANTIAGO,                                              :
                                                              :
                 Plaintiff,                                   :      22-CV-10061 (PGG) (OTW)
                                                              :
             -against-                                        :      ORDER
                                                              :
NEW YORK UNIVERSITY LANGONE HOSPITALS,                        :
                                                              :
                 Defendants.                                  :
                                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on Wednesday, July 26, 2023.

As discussed at the conference, Plaintiff is directed to provide her Workers' Compensation Board file to Defendant. If a judicial subpoena is needed to obtain the file, Plaintiff is directed to provide a proposed subpoena for my signature. Plaintiff is further directed to provide the discovery Defendant seeks regarding three former employers, as discussed at the conference.

The parties are relieved of their joint status letter deadline for this Friday, July 28, 2023. The next joint status letter is due **Friday, August 25, 2023**.

**SO ORDERED.**

Dated: July 26, 2023
      New York, New York

                                                                *s/ Ona T. Wang*
                                                                **Ona T. Wang**
                                                                 United States Magistrate Judge