**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOANNE SANTIAGO,

          Plaintiff,

          -against-

NEW YORK UNIVERSITY LANGONE HOSPITALS,

          Defendants.

------------------------------------------------------------x

22-CV-10061 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 44 and 46.

The parties' request for an extension of discovery is **GRANTED** as requested in ECF 46. Defense counsel is directed to submit an updated version of the subpoena to obtain Plaintiff's New York State Workers' Compensation Board file to the Clerk of Court for signature in the first instance.

The Clerk of Court is respectfully directed to close ECF Nos. 44 and 46.

SO ORDERED.

Dated: September 14, 2023
       New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                            United States Magistrate Judge