**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JOANNE SANTIAGO,

          Plaintiff,

       -against-

NEW YORK UNIVERSITY LANGONE HOSPITALS,

          Defendant.
------------------------------------------------------------x

22-CV-10061 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed ECF 64. The parties are directed to submit pre-motion letters to Judge Gardephe, in accordance with his Individual Rule IV.A **by Wednesday, April 10, 2024**.

      **SO ORDERED.**

Dated: April 3, 2024
New York, New York

                              /s/ Ona T. Wang
                                 **Ona T. Wang**
                        United States Magistrate Judge