UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE SANTIAGO,

           Plaintiff,

- against -

NEW YORK UNIVERSITY LANGONE HOSPITALS,

           Defendant.

**ORDER**

22 Civ. 10061 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

      Briefing concerning the parties' cross-motions for summary judgment will proceed on the following schedule:

(1)     Moving papers are due on **May 10, 2024.**

(2)     Opposition papers are due on **June 7, 2024.**

(3)     Reply papers, if any, are due on **June 21, 2024.**

Under Rule IV(C) of this Court's individual rules – the "bundling rule" – the parties may not file motions electronically on ECF until the motion is fully briefed.

Dated: New York, New York
       April 12, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge